FILED BY___scn___D.C.

Jan 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-mj-00005-SMM

UNITED STATES OF AMERICA

v.

JOSE ROSA DIAZ-LOPEZ,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  _____
Michael D. Porter
Assistant United States Attorney
FLA Bar No.   0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-466-1020
Email: Michael.Porter2@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Michael Porter

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ROSA DIAZ-LOPEZ,<br><br>_Defendant(s)_ | Case No.<br>22-mj-00005-SMM |

FILED BY _____scn_____ D.C.

Jan 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 30, 2021__ in the county of __St. Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Delbaugh, Deportation Officer, Immigration & Customs Enforcement
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: __January 21, 2022__

_____
Judge's signature

City and state: __Fort Pierce, Florida__     Shaniek M. Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Delbaugh, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2015. I am currently assigned to Enforcement and Removal Operations, Fugitive Operations Team, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Rosa Diaz-Lopez ("LOPEZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 30, 2021, LOPEZ was arrested on a state offense in Saint Lucie County, Florida. As part of the booking process, LOPEZ was fingerprinted by the Saint Lucie County Jail booking officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States. Lopez was bonded out of St Lucie County Jail on or about December 31, 2021. Upon screening Department of

Homeland Security databases, your affiant identified LOPEZ as an "at large" immigration violator.

4. On January 18, 2022, LOPEZ was apprehended by ICE officers in Saint Lucie County, Florida, and transported to the ICE office in Stuart, Florida for processing.

5. I reviewed documents from the immigration alien file belonging to LOPEZ, AXXX XXX 512. A review of Department of Homeland Security electronic records and the immigration alien file assigned to LOPEZ show that he is a native and citizen of Honduras. Records further show that on or about April 15, 2015, LOPEZ was ordered removed from the United States. Records in the alien file show that on or about April 24, 2015, LOPEZ was removed from the United States to Honduras.

6. LOPEZ's fingerprint card from his December 30, 2021, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Jose Rosa Diaz-Lopez.

7. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if LOPEZ had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that LOPEZ obtained consent from the

Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about December 30, 2021, Jose Rosa Diaz-Lopez, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Christopher Delbaugh
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this 21 day of January 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3